**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**GERMAN ANTONIO LOPEZ SANTOS**   **CASE NO.  3:25-CV-01193 SEC P**

**VERSUS**   **JUDGE TERRY A. DOUGHTY**

**KRISTI NOEM ET AL**   **MAG. JUDGE MCCLUSKY**

**ORDER**

Before the Court is a Habeas Petition (ECF No. 1).

**IT IS ORDERED** that the defendants respond to the Habeas Petition by 5:00 p.m. CST on Thursday, August 21, 2025. The petitioner shall file any reply brief by 12:00 p.m. CST on Friday, August 22, 2025.

**IT IS FURTHER ORDERED** that the parties shall apprise the Court of any imminent material changes to the petitioner's circumstances that could affect this Court's jurisdiction, before they arise, insofar as practicable.

**IT IS FURTHER ORDERED** that the petitioner serve a copy of this Order, along with all the pleadings filed thus far in this case, on the defendants.

**MONROE, LOUISIANA**, this 19th day of August, 2025.

_____
Terry A. Doughty
United States District Judge