**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

German Antonio Lopez Santos

Case No.   3:25-cv-01193-TAD-KDM

Plaintiff

VS.

Kristi Noem, et al.

Defendant

Judge   Terry A. Doughty
Magistrate Judge   Kayla D. McClusky

**ORDER**

IT IS ORDERED that Kevin Hirst is hereby admitted to the bar of this Court pro hac vice on behalf of German Antonio Lopez Santos in the above described action.

SO ORDERED on this, the 20th day of August, 2025.

_____
U.S. Magistrate Judge Kayla D. McClusky