# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **GERMAN ANTONIO LOPEZ SANTOS** | **CASE NO. 3:25-CV-01193 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAG. JUDGE MCCLUSKY** |

## ORDER

The parties have contacted the Court to ask for a continuance of the briefing deadlines set forth previously in ECF No. 2. Accordingly,

**IT IS ORDERED** that the defendants respond to the Habeas Petition by 5:00 p.m. on 8/26/2025. The petitioner shall file any reply brief by 5:00 p.m. on 8/27/2025.

**MONROE, LOUISIANA**, this 21st day of August, 2025.

_____
Terry A. Doughty
United States District Judge